IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD M. BRYANT,

        Plaintiff,                      No. CIV S-04-0991 DFL DAD P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 14, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations. Plaintiff has also filed a proposed second amended complaint.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. In his proposed second amended complaint, plaintiff names a new defendant and attacks the family visiting program indirectly.

1

Plaintiff argues that his Fourteenth Amendment rights to due process and equal protection are being violated by conflicting provisions of state law that have rendered his ability to participate in family visiting "unconstitutionally untenable." On the basis of the alleged conflicts in state law, plaintiff seeks to prohibit prison officials from applying the family visiting program to him as interpreted by the defendant. Plaintiff's new articulation of his family visiting claim does not appear to be the claim plaintiff exhausted in his inmate appeal. In any event, plaintiff's allegations concerning state law do not cure the fundamental defects of his federal due process and equal protection claims. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 14, 2005, are adopted in full;

2. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims; and

3. This action is dismissed without prejudice for failure to state a federal claim upon which relief may be granted.

DATED: 2/8/2006

DAVID F. LEVI
United States District Judge